UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA LELAND, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                                  Case No: 8:25-cv-1707-WFJ-CPT

OCUCO, INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Unopposed Motion to Transfer. Dkt. 19. In view of the related and earlier-filed case of *Barnes v. Ocuco, Inc.*, No. 8:25-cv-1579-MSS-AAS, which is pending before the Honorable Mary S. Scriven, this case is **TRANSFERRED** to Judge Scriven, with her knowledge and consent, for all further proceedings. The Clerk is directed to effectuate transfer.

**DONE** and **ORDERED** in Tampa, Florida on July 31, 2025.

                                                  s/*William F. Jung*
                                                  **WILLIAM F. JUNG**
                                                  **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Hon. Mary S. Scriven
Counsel of Record